a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. Ernest Howard Hunter* for petitioners. *Mr. E. Hayward Fairbanks* for respondents.

---

No. 719. SAMUEL B. HARTMAN, PETITIONER, *v.* JOHN D. PARK & SONS Co. May 13, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Frank F. Reed* for petitioner. No appearance for respondent.

---

No. 655. THOMAS B. CLEMENT, PETITIONER, *v.* THE UNITED STATES. May 13, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George N. Baxter* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 685. FREDERICK HERBERT RAMSDEN, PETITIONER, *v.* HENRY M. KNOWLES. May 13, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Wm. Reed Bigelow* for petitioner. *Mr. Felix Rackemann* for respondent.

---

No. 695. ARMOUR & COMPANY, PETITIONERS, *v.* AGNES SKENE. May 13, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Roland Gray* and *Mr. John C. Gray* for petitioners. *Mr. Charles H. Fiske, Mr. Andrew Fiske* and *Mr. Charles H. Fiske, Jr.*, for respondent.